# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARCUS NELSON,

      v.

QUALITY FOOD CENTERS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1757

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' motion for summary judgment is GRANTED and the above-entitled matter is hereby DISMISSED with prejudice.

 

January 6, 2009                      BRUCE RIFKIN
                                                                  Clerk
                                      ___/s Mary Duett_____
                                      By, Deputy Clerk