UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS NELSON,

        Plaintiff,

    v.

QUALITY FOOD CENTERS, INC., and ROBERT CALLAHAN,

        Defendants.

Case No. C07-1757MJP

TAXATION OF COSTS

    Costs in the above-entitled cause are hereby taxed against PLAINTIFF MARCUS NELSON and on behalf of DEFENDANTS in the unopposed amount of $6,932.70.

    Entered this   16th   day of MARCH , 2009 .

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1