UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARCUS NELSON, a married man,

        Plaintiff - Appellant,

  v.

QUALITY FOOD CENTERS INC and ROBERT CALLAHAN,

        Defendants - Appellees.

No. 09-35278

D.C. No. 2:07-cv-01757-MJP
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered March 02, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Cost is awarded to the appellee in the amount of $40.30.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk

Case 2:07-cv-01757-MJP Document 56 Filed 03/24/10 Page 1 of 1